```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 05 B 55662
   GEORGE W HEINE
                                              CHAPTER 13

                                              JUDGE: MANUEL BARBOSA

         Debtor
   SSN XXX-XX-4455
```

------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 10/14/05 and confirmed on 02/23/06.

2. The plan is paid in full.

3. The Debtor paid a total of $ 20130.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| RESURGENT CAPITAL SERVIC | UNSECURED | 19358.12 | .00 | 19208.16 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| KEYNOTE CONSULTING INC | UNSECURED | NOT FILED | .00 | .00 |
| LIQUIDEBT SYS | UNSECURED | NOT FILED | .00 | .00 |
| MRSI | UNSECURED | NOT FILED | .00 | .00 |
| NORTHWEST DIAGNOSTIC SER | UNSECURED | NOT FILED | .00 | .00 |
| UNITED ANESTHESIA ASSOC | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 19358.12 | .00 | 19358.12 |
| PRINCIPAL PAID | .00 | .00 | 19208.16 | .00 | 19208.16 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 19208.16 | .00 | 19208.16 |

The Debtor's attorney, JAMES A YOUNG & ASSOC          , was allowed $       .00 and was paid $       .00 .

The Trustee received $    591.84 .

Refunds to the Debtor totaled $    330.00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 11/15/07                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE

PAGE 2
CASE NO. 05 B 55662 GEORGE W HEINE